BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BELL** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>**Defendant.** )<br>) | **CASE NO.  CIV-10-1137 KJN**<br><br>**[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 10, 2010, to December 15, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: December 10, 2010          /s/Bess M. Brewer
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff


Dated: December 13, 2010          Benjamin B. Wagner
                                  United States Attorney

                                  /s/ Leslie Alexander
                                  LESLIE ALEXANDER


                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

**ORDER**

The parties' stipulation IS HEREBY APPROVED, and plaintiff shall have until December 15, 2010, to file a motion for summary judgment.[1] The scheduling order in this case shall be amended accordingly.

IT IS SO ORDERED.

DATED: December 13, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes that plaintiff filed this stipulation and proposed order three days *after* the date that plaintiff was obligated to file a motion for summary judgment. Plaintiff's counsel is admonished that, pursuant to Eastern District Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and that requests for court-approved extensions brought on or after the required filing date "are looked upon with disfavor."